the Plan was private, limited to employees of Carlson. Because the Plan was not offered to the public in general, it is not a **public** accommodation under Title III of the ADA. See <u>King v. Burwell</u>, 135 S. Ct. 2480 (2015) (rules of statutory construction require that when interpreting statute, words of a statute must be read in their context and with a view to their place in the overall statutory scheme); <u>United States v. Felt & Tarrant Mfg. Co.</u>, 283 U.S. 269, 273 (1931) (finding it is not within judicial province to read words out of a statute).

Accordingly,

**IT IS HEREBY ORDERED** that Prudential's motion to dismiss (ECF No. 11) is **GRANTED.** Counts Four and Six are hereby dismissed.


DATED: September 23, 2015         s/ Michael J. Davis
                                  MICHAEL J. DAVIS
                                  United States District Court